## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VALENTINE FORDE AND GEORGETTE FORDE, INDIVIDUALLY AND ON BEHALF OF MINORS JF, JF AND JF | * * * * | CIVIL ACTION NO. |
| | | JUDGE |
| VERSUS | * * | |
| | * | MAGISTRATE JUDGE: |
| OLD REPUBLIC INSURANCE COMPANY, DELTA BLUES PRODUCTIONS, LLC, SHELDON CANDIS, AND UNITED FINANCIAL CASUALTY COMPANY | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

Defendants, Old Republic Insurance Company and Delta Blues Productions, LLC, hereby remove the action captioned "Valentine Forde and Georgette Forde, individually and on behalf of Minors JF, JF and JF" bearing case number 2022-06483 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, Defendants plead the following grounds:

1.

This civil action was filed by Plaintiffs, Valentine Forde and Georgette Forde, individually and on behalf of their minor children JF, JF and JF, on July 21, 2022, in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing case number 2022- 6483."[1] The named Defendants are Old Republic Insurance Company, Delta Blues Productions, LLC, Sheldon Candis, and United Financial Casualty Company.[2]

---

[1] *See* Petition for Damages, attached hereto as Exhibit A.
[2] *Id.*

2.

Upon information and belief, Plaintiffs were at the time of the filing of this action and remain residents and domiciliaries of Orleans Parish, State of Louisiana.[3]

3.

Defendant, Old Republic Insurance Company, is incorporated in Pennsylvania, and Pennsylvania is its principal place of business.

4.

Defendant, Delta Blues Productions, LLC, is a limited liability company with Delta Blues Pictures LLC as its sole member. The sole member of Delta Blues Pictures LLC is Horizon Scripted Television Inc. Horizon Scripted Television Inc was at the time of filing of the action and remains a foreign corporation with its principal place of business in Burbank, California and is domiciled in Wilmington, Delaware.

5.

Defendant, Sheldon Candis, is a resident and domiciliary of California.[4]

6.

Defendant, United Financial Casualty Company, is a foreign insurance company incorporated under the laws of Ohio with its principal place of business in Ohio.

7.

The Petition for Damages and Citation was served on Delta Blues Productions, LLC through its agent for service of process on August 15, 2022. United Financial Casualty Company was served through its agent for service of process on August 15, 2022. Old Republic Insurance

---

[3] *Id.*
[4] *Id.*

Company was served through the Louisiana Secretary of State on August 15, 2022. Shelton Candis remains unserved. All Defendants consent to the removal.

8.

In the Petition, it is alleged that Defendants' negligence caused Plaintiff, Valentine Forde, to sustain personal injuries as a result of a motor vehicle accident on July 25, 2021.[5] These alleged injuries include "severe and debilitating injuries to his mind and body."[6] These include "past and future physical pain and suffering, past and future mental pain and suffering, past and future medical expenses, loss of enjoyment of life, future disability, loss of household services, past loss wages and future loss of earning capacity."[7] The Petition also alleges that Georgette Forde, JF, JF and JF "suffered loss of consortium, service, and society" as a result of the accident.[8] No additional damages or medical information is provided in the Petition.

9.

On August 17, 2022, Plaintiff counsel emailed the undersigned a Settlement Demand dated June 6, 2022, along with supporting medical records.[9] Plaintiff counsel stated in the Settlement Demand that Plaintiff has already incurred $31,693 in past medical specials and has amassed $33,839 in past lost wage specials.[10]

10.

The records sent on August 17, 2022 included lumbar and cervical MRI reports noting a herniation at L5-S1 extending into the spinal canal, along with an annular tear with signal intensity.

---

[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *See* August 17, 2022 email from plaintiff counsel, attached hereto as Exhibit B.
[10] *See* June 6, 2022 Settlement Demand from plaintiff counsel, attached hereto as Exhibit C which will be filed under seal pursuant to Local Rule 5.6.

The radiologist also noted herniations at C3-4 and C5-6 compressing the spinal cord.[11]

11.

The records sent on August 17, 2022 also revealed that Plaintiff underwent a lumbar facet injection on December 13, 2021[12] and an epidural steroid injection ("ESI") on December 27, 2021.[13] He underwent a second lumbar ESI on April 6, 2022.[14] He then underwent a lumbar radiofrequency ablation ("RFA") on April 27, 2022.[15]

12.

The Settlement Demand and the supporting medical records contained a report and opinion from Plaintiff's treating pain management physician, Dr. Eric Sterne, that Plaintiff will need $1,370.880 in future medical specials based upon additional RFAs and ESIs for his purported 40.8 remaining life expectancy.[16] Ultimately, the Settlement Demand seeks a settlement figure from Defendants of $1,436,422.

13.

Given the MRI findings, multiple injections, alleged past medical special damages of $31,693, alleged past lost wage specials of $33,839, alleged future medical specials of $1,370.880, and potential general damage awards, it is undisputed that the total damages in this matter, without regard for liability or medical causation defenses, will likely exceed $75,000.

---

[11] *See* Diagnostic Imaging Services Lumbar & Cervical MRI Reports, attached hereto as Exhibit D which will be filed under seal pursuant to Local Rule 5.6.
[12] *See* December 13, 2021 operative report from Louisiana Pain Specialists attached hereto as Exhibit E which will be filed under seal pursuant to Local Rule 5.6.
[13] *See* December 27, 2021 operative report from Louisiana Pain Specialists attached hereto as Exhibit F which will be filed under seal pursuant to Local Rule 5.6.
[14] *See* April 6, 2022 operative report from Louisiana Pain Specialists attached hereto as Exhibit G which will be filed under seal pursuant to Local Rule 5.6.
[15] *See* April 27, 2022 operative report from Louisiana Pain Specialists attached hereto as Exhibit H which will be filed under seal pursuant to Local Rule 5.6.
[16] See May 24, 2022 expert report/estimate from Louisiana Pain Specialists attached hereto as Exhibit I which will be filed under seal pursuant to Local Rule 5.6. See also Exhibit C.

14.

This is a civil action within the original jurisdiction of this Court under the provisions of 28 U.S.C. § 1332 and § 1367(a) and is thus removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq., because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

15.

In compliance with the requirements of 28 U.S.C. § 1446 (b), this Notice of Removal is filed "within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

16.

In compliance with 28 U.S.C. §1446 (a), a copy of all process, pleadings and orders served upon Defendants to date in state court is attached to the List of Parties and Pleadings.[17]

17.

In compliance with the requirements of 28 U.S.C. § 1446(b)(2), "all Defendants properly joined and served" have joined in the removal of this action.

18.

In compliance with 28 U.S.C. §1446 (d), Defendants hereby certify that Notice of Removal is being served contemporaneously herewith to the adverse parties, and to the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana.

**WHEREFORE**, Defendants, Old Republic Insurance Company and Delta Blues Productions, LLC, pray that this cause be removed from the Civil District Court for the Parish of

---

[17] A copy of the State Court Record is attached hereto as Exhibit J.

-6-

Orleans, State of Louisiana, to proceed thereafter in the United States District Court for the Eastern District of Louisiana.

                                                       Respectfully submitted,

                                                       */s/ Joshua M. Hudson*
                                                       Joshua M. Hudson (#31196)
                                                       Windsor V. Richmond (#36645)
                                                       Simon, Peragine, Smith & Redfearn, L.L.P.
                                                       1100 Poydras Street, 30th Floor
                                                       New Orleans, Louisiana 70163
                                                       Telephone: (504) 569-2030
                                                       Facsimile: (504) 569-2999
                                                       Email: joshh@spsr-law.com
                                                                      windsorr@spsr-law.com
                                                      ***Attorneys for Defendants, Old Republic Insurance Company and Delta Blues Productions, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all known counsel of record by facsimile, e-mail, hand-delivery, or placing a copy of same in the United States mail, postage prepaid and properly addressed, on this 9th day of September 2022.

                                                          */s/ Joshua M. Hudson*