

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022-6483   DIVISION " "   SECTION

VALENTINE FORDE AND GEORGETTE FORDE, INDIVIDUALLY AND ON BEHALF OF MINOR JAYDEN FORDE; JAYSON FORDE, AND JORDAN FORDE

VERSUS

OLD REPUBLIC INSURANCE COMPANY, DELTA BLUES PRODUCTIONS, LLC, SHELDON CANDIS, AND UNITED FINANCIAL CASUALTY COMPANY



FILED:_____   _____
                                 DEPUTY CLERK           SECTION 7

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come, petitioners, **VALENTINE FORDE** and **GEORGETTE FORDE**, individually and on behalf of minor **JAYDEN FORDE**; **JAYSON FORDE** and **JORDAN FORDE**, all persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who with respect represent:

1.

Defendant made herein **OLD REPUBLIC INSURANCE COMPANY** a foreign insurance company licensed to do and doing business in the Parish of Orleans, State of Louisiana.

2.

Defendant made herein **DELTA BLUES PRODUCTIONS, LLC** a Louisiana LLC domiciled in Louisiana and licensed to do and doing business in the Parish of Orleans, State of Louisiana.

3.

Defendant made herein **SHELDON CANDIS** is a person of the full age of majority and a resident of the State of California.

4.

Defendant made herein **UNITED FINANCIAL CASUALTY COMPANY** a foreign insurance company licensed to do and doing business in the Parish of Orleans, State of Louisiana.

**EXHIBIT A**

1

5.

On or about the 25th of July, 2021, petitioner **VALENTINE FORDE** was traveling south on Magazine Street in the left lane, when the defendant driver, **SHELDON CANDIS**, also traveling south on Magazine Street but in the right lane, suddenly and without warning changed lanes from right to left crashing into the petitioner's vehicle.

6.

At all times pertinent hereto, **OLD REPUBLIC INSURANCE COMPANY**, had in full force and effect an automobile public liability policy insuring the driver, **SHELDON CANDIS** and his employer, **DELTA BLUES PRODUCTIONS, LLC**, for the liability sustained herein. As such **OLD REPUBLIC INSURANCE COMPANY** is liable to petitioner under the Direct Action Statute.

7.

The collision of July 25th sued upon here, caused **VALENTINE FORDE** severe and debilitating injuries to his mind and body.

8.

At all times pertinent hereto, **VALENTINE FORDE** is legally married to **GEORGETTE FORDE**. **VALENTINE FORDE** and **GEORGETTE FORDE** are the biological parents of **JAYSON FORDE, JORDAN FORDE** and minor **JAYDEN FORDE**.

9.

**GEORGETTE FORDE, JAYSON FORDE, JORDAN FORDE** and minor **JAYDEN FORDE** suffered loss of consortium, service, and society as a result of the collision here sued upon here.

10.

The proximate cause of the collision complained of herein was the negligence of defendant, **SHELDON CANDIS**, in the following ways:

    a. Failing to keep a proper lookout;

    b. Driving in a reckless and careless manner;

    c. Failing to use due care under the circumstances;

    d. Improper lane usage; and

    e. Any and all other acts of negligence to be brought at trial.

11.

At all times pertinent hereto, **SHELDON CANDIS**, was acting in the course and scope of his employment with, **DELTA BLUES PRODUCTIONS, LLC,** and as such, his aforementioned acts of negligence are imputed to them under the doctrine of *respondeat superior.*

12.

Additionally and/or alternatively, **DELTA BLUES PRODUCTIONS, LLC,** is also liable to petitioners for the negligent hiring, training, supervision and retention of **SHELDON CANDIS,** which is a proximate cause of the collision and the damages pled herein.

13.

**OLD REPUBLIC INSURANCE COMPANY** breached its contract by failing to compensate **VALENTINE FORDE** for the loss incurred as a result of the collision complained herein.

14.

At all times pertinent hereto, **UNITED FINANCIAL CASUALTY COMPANY** had in full force and effect, an Underinsured Motorist policy insuring **VALENTINE FORDE** during the collision and is therefore is subject to this suit under the Louisiana Direct Action statute.

15.

As a result of the collision complained of herein, **VALENTINE FORDE**, suffered severe and disabling injuries to his mind and body as follows:

    a. past and future physical pain and suffering;

    b. past and future mental pain and suffering;

    c. past and future medical expenses;

    d. loss of enjoyment of life;

    e. future disability;

    f. loss of household services;

    g. past loss wages and future loss of earning capacity.

16.

Amicable demand was made to no avail.

**WHEREFORE,** petitioners pray that the defendants be duly cited with a copy of this Petition for Damages and that after proceedings had, there be judgment in favor of your

petitioners, **VALENTINE FORDE AND GEORGETTE FORDE, INDIVIDUALLY AND ON BEHALF OF MINOR JAYDEN FORDE; JAYSON FORDE AND JORDAN FORDE,** and against defendants **OLD REPUBLIC INSURANCE COMPANY, DELTA BLUES PRODUCTIONS, LLC, SHELDON CANDIS, AND UNITED FINANCIAL CASUALTY COMPANY** for damages in an amount to be set by this Honorable Court, plus general damages, plus legal interest from date of judicial demand, plus all costs of this suit.

    Respectfully submitted,

    **MANARD LAW, LLC**

    */s/ Walker Lasiter*
    P. Walker Lasiter (Bar No. 38102)
    Wendy Manard (Bar No. 29622)
    Energy Centre, Suite 2610
    1100 Poydras Street
    New Orleans, LA 70163
    Telephone: (504) 585-7777
    Facsimile: (504) 556-2977
    *Counsel for petitioners,*
    *Valentine Forde and Georgette Forde*
    *individually and on behalf of minor Jayden Forde;*
    *Jayson Forde, and Jordan Forde*

**PLEASE SERVE PETITION FOR DAMAGES AND REQUEST FOR NOTICE:**

**Old Republic Insurance Company**
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**Delta Blues Productions, LLC**
Through its Agent for Service of Process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**United Financial Casualty Company**
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**VIA LONG ARM**
Sheldon Candis
4470 Sunset Boulevard
Los Angeles, CA 90027

4